IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41205
Conference Calendar

_____

LUCIO GONZALES HERNANDEZ,

                                              Plaintiff-Appellant,

versus

KELLY JANICA, Sheriff, Jackson
County; ROBERT E. BELL,
District Attorney, Jackson
County,

                                              Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. V-97-CV-100
--------------------
April 13, 2000

Before WIENER, DeMOSS, AND PARKER, Circuit Judges.

PER CURIAM:*

    Lucio Gonzales Hernandez, Texas prisoner number 686188,
appeals the district court's dismissal of his 42 U.S.C. § 1983
suit against the sheriff of Jackson County.  Hernandez's suit was
filed almost four years after his alleged injury occurred.
Accordingly, the district court did not err in determining that
the statute of limitations had run.  See Gartrell v. Gaylor, 981
F.2d 254, 256-57 (5th Cir. 1993).  Further, this case does not
present a scenario in which tolling is appropriate due to the

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

pendency of another suit.  See <u>Rogers v. Ricane Enterprises,
Inc.</u>, 930 S.W. 2d 157, 167 (Tex. App. 1996).  Accordingly, the
judgment of the district court is AFFIRMED.